HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LADONNA LEE MOON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:13-CR-00362 AWI-BAM-5 |
|---|---|---|
| Plaintiff, | ) | OPPOSED APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER |
| vs. | ) | |
| LADONNA LEE MOON, | ) | |
| Defendant. | ) | Judge:  Hon. Anthony W. Ishii |

Defendant Ladonna Lee Moon hereby requests an extension of time for her surrender to the United States Bureau of Prisons, to commence service of her term of incarceration.

Ms. Moon was convicted at trial and has filed her timely notice of appeal. She is currently preparing a motion for release pending appeal, which will be filed with this court no later than April 22, 2016. Because this court hears criminal law and motion on the second and fourth Mondays of the month, the earliest possible hearing date for Ms. Moon's motion for release pending appeal is May 9, 2016, which is also her current surrender date. Ms. Moon is requesting a short stay of her surrender date, to May 16, 2016, or one week after the court rules on her motion for release pending appeal, whichever date is later. This extension is requested to allow time for the court to rule on defendant's motion for release pending appeal, and to allow

time for defendant to determine how to proceed in the event the motion is denied.

Ms. Moon has no other criminal record. She has remained out of custody and complied with all conditions of release throughout the course of this case, and she has continued to comply with all conditions of release since sentencing. The Court has already determined that Moon is not a flight risk or a danger to the community, as it previously ordered Ms. Moon to self-surrender to the Bureau of Prisons.

The government has advised defense counsel that it opposes this request to extend Ms. Moon's surrender date, and that it will also oppose her motion for release pending appeal. However, the government has also advised that while it will file an opposition to Ms. Moon's motion for release pending appeal, it does not believe further briefing or oral argument is needed on the issue of extending Ms. Moon's surrender date. In the event the court desires oral argument regarding the surrender date, the defense requests that this matter be heard on an expedited basis, on April 25, 2016.

Based on the foregoing, defendant Moon, requests that her surrender date to the United States Bureau of Prisons be extended to May 16, 2016, or one week after the court rules on her motion for release pending appeal, whichever date is later.

Dated: April 21, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
LADONNA LEE MOON

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before May 16, 2016.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

Dated:   April 25, 2016                                  _____
                                                                                        SENIOR DISTRICT JUDGE