HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
LADONNA LEE MOON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00362 AWI-5 |
| *Plaintiff,* | APPLICATION FOR ORDER EXTENDING SURRENDER DATE; ORDER |
| v. | |
| LADONNA LEE MOON, | |
| *Defendant.* | JUDGE:  Hon. Anthony W. Ishii |

Defendant Ladonna Lee Moon (Reg, No, 47131-177) hereby requests an extension of time for her surrender to the United States Bureau of Prisons, to commence service of her term of incarceration.

Ms. Moon was convicted at trial and timely filed her notice of appeal. She then filed a motion for release pending appeal in the district court. The district court denied that motion and set a voluntary surrender date of June 9, 2016.

On June 7, 2016, Ms. Moon filed with the Ninth Circuit Court of Appeals, an appeal of the district court's denial of her motion for bail pending appeal. Pursuant to Ninth Circuit Rule 9-1.2(e):

> If the appellant is on bail at the time the motion [for bail pending appeal] is filed in [the Ninth Circuit Court of Appeals], that bail will remain in effect until the Court rules on the motion.

Pursuant to Ninth Circuit Rule 9-1.2(e), Ms. Moon requests that this Court enter an order granting her immediate relief from the impending June 9, 2016 self-surrender date until the Ninth Circuit Court of Appeals rules on her pending motion for bail pending appeal.

DATED: June 10, 2016

> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ Eric V. Kersten*
> ERIC V. KERSTEN
> Assistant Federal Defender
> Attorney for Defendant
> LADONNA LEE MOON

## ORDER

Pursuant to Ninth Circuit Rule 9-1.2(e), the self-surrender date for Ladonna Moon is continued until the Ninth Circuit Court of Appeals rules on Moon's pending motion for bail pending appeal.

IT IS SO ORDERED.

Dated:   June 10, 2016                           _____
                                                  SENIOR DISTRICT JUDGE