# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>LADONNA LEE MOON,<br><br>　　　　Defendant | CASE NO. 1:13-CR-0362 AWI-5<br><br>ORDER SETTING NEW SURRENDER DATE |

On June 10, 2016, the Court granted Defendant Ladonna Lee Moon's motion to extend her surrender date. See Doc. No. 491. Pursuant to the order, the Court continued Defendant's surrender date "until the Ninth Circuit Court of Appeals rules on [Defendant's] pending motion for bail pending appeal." Id. On July 27, 2016, the Ninth Circuit denied Defendant's motion for bail pending appeal. See Doc. No. 501. Because the Ninth Circuit has denied Defendant's motion, the Court will now set a new surrender date.

Accordingly, IT IS HEREBY ORDERED that:

1. Having been sentenced to the custody of the Bureau of Prisons, Defendant shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal's Office in Fresno, California by 2:00 p.m. on September 2, 2016. Defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court, and

2. All other conditions of release shall remain in full force and effect until Defendant surrenders pursuant to this order.

1
2   IT IS SO ORDERED.
3   Dated:   August 4, 2016                           /s/ signature
                                         SENIOR DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28